UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____4/6/2022_____
```

CARL BROWN,

                              Plaintiff,

        -against-

FORMER SUPT. OF GREEN HAVEN THOMAS
GRIFFIN, et al.,

                              Defendants.

19-cv-02296 (NSR)

ORDER

NELSON S. ROMÁN, United States District Judge:

        Plaintiff, currently incarcerated at Great Meadow Correctional Facility, brings this *pro se*

action under 42 U.S.C. §1983.  By order dated June 20, 2019, the Court granted Plaintiff's request

to proceed without prepayment of fees, that is, *in forma pauperis*. (ECF No. 8.)

        On May 18, 2020, the Court issued an Order of Service in which it directed the Clerk of

Court to fill out a U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for

each of the defendants pursuant to the second amended complaint that listed the service address

for all Defendants, except Anthony Annucci, as Green Haven Correctional Facility, 594 Route

216, Stormville, NY, 12582-0010.  (ECF No. 25.)  On November 9, 2020, service was attempted

and unexecuted on C.O. Fonseca as he was no longer present at Green Haven.  (ECF No. 56.)  On

January 20, 2021, service on Lt. Susan Hann was unexecuted as she had retired.  (ECF No. 67.)

        Under *Valentin v. Dinkins*, a *pro se* litigant is entitled to assistance from the district court

in identifying a defendant.  121 F.3d 72, 76 (2d Cir. 1997).  It is therefore ordered that the Janice

Powers at the NYS AG, assist in identifying the proper addresses to effect service on Defendants

Fonseca and Hann.  Ms. Powers shall provide this information to Plaintiff and the Court within thirty days of the date of this order.

Upon receipt of this information, the Court will issue an order directing the Clerk of the Court to send instructions to Plaintiff to effect service on the proper defendants in accordance with Rule 4 of the Federal Rules of Civil Procedure.

Additionally, the Court has reviewed Plaintiff's letter dated March 27, 2022.  (ECF No. 132.)  The Government is directed to respond to Plaintiff's allegations involving his access to the law library on or before April 13, 2022.

The Clerk of the Court is respectfully directed to mail a copy of this Order to Plaintiff's address as listed on ECF, and show proof of such service on the docket.

Dated:   April 6, 2022
         White Plains, New York

_____
            NELSON S. ROMÁN
         United States District Judge