**MEMO ENDORSED**



**Office of the New York State**
**Attorney General**

**Letitia James**
**Attorney General**

---

**BY ECF**
Hon. Nelson S. Román
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

March 13, 2026

Re:  Brown v. Annucci, et. al., 19-Civ-2296 (NSR)(JCM)

Dear Judge Román:

This office represents the remaining defendants in this action. Due to various adjournments, Defendants' expert disclosures are now due March 16, 2026 in this action along with the close of all discovery. Defendants intend to designate certain treating physicians as experts pursuant to FRCP 26(a)(2)(C). There is a conference before Judge McCarthy scheduled on March 18 and another conference before Your Honor March 19, which was scheduled in July 2025.  As Defendants intend to move for summary judgment on all or some of the remaining claims in this action and Your Honor's Individual Rules require that Defendants submit a letter outlining their anticipated motion and request a pre-motion conference, it is respectfully requested that the deadline for the submission of Defendant's letter be adjourned to April 17, 2026 and that the March 19 conference before Your Honor be adjourned to a date in May.[1]

This adjournment may also allow Defendants time to obtain settlement authority from DOCCS (and to contact the numerous Defendants in this action, several of whom have retired, to obtain their consent) as Plaintiff has recently made a demand that appears potentially feasible.

We thank the Court for its consideration.

Respectfully submitted,

/s/ Jeb Harben
Jeb Harben
Assistant Attorney General
(212) 416-6185
jeb.harben@ag.ny.gov

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:** _____
**DATE FILED:** __3/13/2026__

cc: Pro Se Plaintiff

**For the reasons stated herein, Defts' request to adjourn the March 19, 2026 Status Teleconf. is GRANTED. Defts' pre-motion letter shall be submitted by April 17, 2026 and the Court adjourns the Status Teleconf. *sine die*. Clerk of Court is requested to mail a copy of this endorsement to *pro se* Pltf. at his address on the docket, to show service and to terminate the motion at ECF No. 32** SO ORDERED:

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

**Dated: White Plains, NY**
**March 13, 2026**

[1] I will be unavailable May 4 and 5.